AO 10
Rev. 1/2015

# FINANCIAL DISCLOSU
## FOR CALENDAR YI

**1. Person Reporting** (last name, first, middle initial)

Grimm, Paul W.

**2. Court or C**

U.S. Distric

**4. Title** (Article III judges indicate active or senior status;
magistrate judges indicate full- or part-time)

United States District Judge (active status)

**5a. Report T**

☐ Nomin

☐ Initial

**5b.** ☐ A

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accomp
checking the NONE box for each part w*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

<u>POSITION</u>

1.  Instructor, part-time

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Shemer Bar Review, lecturer | $5,100.00 |
| 2. 2015 | ABA-MD Discovery Problems Solutions, royalties | $199.01 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Dietician-Holly Hill Nursing LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | 05/18-6/12 | Durham, NC | Master of Judicial Studies Program | room and board |
| 2. | Georgetown Law Ediscovery Institute | 11/20 | Washington, DC | CLE Educational Seminar Program | travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Duke University | Academic Scholarship and Academic Fees | $18,550.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank accounts | A | Interest | N | T | | | | | |
| 2. AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3. Vanguard GNMA Fund IRA | B | Dividend | L | T | | | | | |
| 4. Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | A | Dividend | K | T | | | | | |
| 5. T. Rowe Price Equity Income IRA(Y) | C | Dividend | | | Closed | 12/29/15 | L | | |
| 6. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 7. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 8. T. Rowe Price Prime Reserve | A | Dividend | L | T | Buy | 01/26/15 | J | | |
| 9. VCSP/College America Amer Fds Money Mkt Fd 529A (Y) | | | | | | | | | |
| 10. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | | | Distributed | 12/07/15 | J | | |
| 11. IRA - MORGAN STANLEY (formerly RBC) (Y) | | | | | | | | | |
| 12. - Calamos Strategic Total Return Fund | B | Dividend | J | T | | | | | |
| 13. - Goldman Sachs Tr Equity Growth Strategy | A | Dividend | K | T | | | | | |
| 14. - RBC Bank Deposit Program | A | Dividend | J | T | | | | | |
| 15. - Invesco Equity & Income (prev Invesco Van Kampen Equity Income C) | B | Dividend | K | T | | | | | |
| 16. - MacQuarie 1st Tr Global Infrastructure Div/Inc | B | Dividend | J | T | | | | | |
| 17. - Canoe EIT Income Fund (prev Enervest Diversified Income Trust) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 19. - John Hancock Tax Advntgd Div/ Inc | B | Dividend | K | T | | | | | |
| 20. - Citicorp Mortgage Secs Tr Ser 07-5-1A3 | A | Interest | J | T | | | | | |
| 21. - Bank of America Mtge Sec Ser 07-3-2A8 | A | Interest | J | T | | | | | |
| 22. - Wells Fargo Mtge Bkd Sec 07-10-II-A-5 | A | Interest | J | T | | | | | |
| 23. - Alternative Loan Tr 05-21CBA-9 (Y) | | | | | | | | | |
| 24. - Countrywide Home Loan Alt Loan 04-28CB3-A-1 | A | Interest | J | T | | | | | |
| 25. - Mastr Alt Loan Trust Ser 05-3-2-A-1 | A | Interest | J | T | | | | | |
| 26. - Mastr Alt Loan Trust Ser 05-3-7-A-1 | A | Interest | J | T | | | | | |
| 27. - Alternative Loan Trust 05-9CB-2-A-1 | A | Interest | J | T | | | | | |
| 28. - Alternative Loan Trust 05-47CBA-7 | A | Interest | J | T | | | | | |
| 29. - 1st Horizon Alt Mtge Ser 05-FA8 I-A-14 | A | Interest | J | T | | | | | |
| 30. - Wells Fargo Mtge Bkd Sec 06-6 I-A-2 | A | Interest | J | T | | | | | |
| 31. - Mastr Alt Loan Tr 05-2 1-A-4 | A | Interest | J | T | | | | | |
| 32. - Mastr Alt Loan Tr 04-13 7-A-1 | A | Interest | J | T | | | | | |
| 33. - Alternative Loan Tr 04-18CB5-A-1 | A | Interest | J | T | | | | | |
| 34. - CSFB Mtge Bkd 04-8 II-A-1 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Bear Stearns Asset Bk Sec Tr 04-AC3 A-1 | A | Interest | J | T | | | | | |
| 36. -CWalt Alt Loan Tr 04-24CB1-A-1 | A | Interest | J | T | | | | | |
| 37. -1st Horizon Mtge 06-1 I-A-10 | A | Interest | J | T | | | | | |
| 38. -Structured Assets Sec 03-40A 5-A | A | Interest | J | T | | | | | |
| 39. -CitiFinancial Mtge Sec 04-1AF-4 | A | Interest | K | T | | | | | |
| 40. -Clearbridge American Energy MLP Fund Inc | B | Dividend | J | T | | | | | |
| 41. -Mortgage Pass Thru 03-39EXM3 | B | Interest | K | T | | | | | |
| 42. -Residential Asset Sec Tr 05-A6 | A | Interest | J | T | | | | | |
| 43. -Alternative Loan Trust 05-J8 1-A-5 | A | Interest | J | T | | | | | |
| 44. -CWABS Asset-Bkd Cert Tr 05-4 | B | Interest | K | T | | | | | |
| 45. -Adjustable Rate Mtge Tr 05-3 4A1 | A | Interest | K | T | | | | | |
| 46. -Banc Amer Fdg Corp Ser 04-1 B-1 | B | Interest | K | T | Buy | 03/19/15 | K | | |
| 47. - Morgan Stanley Bank | | | K | T | Open | 12/30/15 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 5: T. Rowe Price Equity Income IRA: On 12/29/15, this investment was liquidated. The cash proceeds were rolled over to a new Morgan Stanley IRA which was opened on 1/4/16. This new IRA will be reported on the 2016 Financial Disclosure Report.

Part VII, Line 9: VCSP/College America American Funds Money Market Fund 529A: This account was owned by a child who was emancipated in 2015.

Part VII, Line 11: Morgan Stanley IRA (formerly RBC): RBC is no longer the custodian of this IRA. On 12/30/15, all of the investments in the RBC IRA were transferred in kind to a new IRA held at Morgan Stanley.

Part VII, Line 23: Alternative Loan Tr 05-21CBA-9: Asset value and income are below reporting thresholds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544